UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                                                    Chapter 7

 Ivan Mikolaenko,                                                               Case No.  20-40327-nhl
                                              Debtor.
-------------------------------------------------------x

## ORDER APPROVING SETTLEMENT AND AUTHORIZING TRUSTEE TO ENTER INTO ASSIGNMENT AGREEMENT

Robert J. Musso, (the "Trustee"), Chapter 7 Trustee of the estate of Ivan Mikolaenko (the "Debtor"), having filed a motion (the "Trustee's Motion") dated June 10, 2020, pursuant to F.R. Bankr. P. 9019 ("Rule 9019") for approval of a settlement with NYU Langone Hospitals ("NYU"), and authorizing the Trustee to enter into the assignment agreement with NYU, annexed as Exhibit A to the Trustee's Motion ("Settlement"); and the Court having held a hearing on July 30, 2020 (the "Hearing") to consider the Trustee's Motion and at the Hearing having heard argument from the attorneys for the Trustee in support of the Trustee's Motion; and the Court having found that entering into the Settlement was a proper exercise of the Trustee's business judgment so that the Settlement is above the lowest level of reasonableness and should be approved, and therefor

1. Trustee's counsel are competent and very experienced in administering cases such as this one;
2. The Settlement is the product of arms-length bargaining;
3. Approval of the Settlement meets the criteria set forth in Rule 9019 and the applicable case law, and it appearing that the Settlement is fair and equitable and in the best interest of the estate, it is hereby

**ORDERED**, that the Settlement is approved; and it is further

**ORDERED**, that the Trustee is authorized and directed to enter into the assignment agreement annexed as Exhibit A to the Trustee' Motion and execute any documents and take such action reasonably necessary to effectuate the terms of the Settlement.



Dated: August 17, 2020  
Brooklyn, New York

Nancy Hershey Lord  
United States Bankruptcy Judge