**JS7784**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

**In Re.**

Case # 1-20-40327-nhl
Chapter - 7

**NOTICE OF APPEARANCE**
**DEMAND FOR**
**SERVICE OF PAPERS**

**Ivan Mikolaenko**

**Debtor(s).**
_____

      **PLEASE TAKE NOTICE,** that the **Debtor**, appears herein by it's counsel, Jacob Silver, Attorney At Law, and demands pursuant to Rules 2001(a), 2002, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1), 303(g), 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this code be given to and served upon the undersigned at the office address and telephone number listed below.

      **PLEASE TAKE FURTHER NOTICE,** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise may affect or seek to affect in any way any rights or interests of the undersigned with respect to the debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated:  Kings, New York
        September 2, 2020

      **/s Jacob Silver**
      _____

      **Jacob Silver**
      **Attorney For: Debtor**
      26 Court Street
      Suite - 1201
      Brooklyn, NY 11242
      (718) 855-3834
      (718) 797-4141 – Fax